# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Staggs, et al., | No. CV-15-01695-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Portfolio Recovery Associates LLC, | |
| Defendant. | |

On November 4, 2015, the Court was advised that this case had settled (Doc. 9).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 14 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **January 19, 2016** without further leave of Court.

Dated this 5th day of January, 2016.

_____
Honorable G. Murray Snow
United States District Judge